IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **ADOLFO AGUILO, JR.** | § |
| *Plaintiff*, | § |
| V. | §  CIVIL ACTION NO. _____ |
| **AMICA MUTUAL INSURANCE COMPANY** | § |
| *Defendant*. | § |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Title 28 U.S.C. §§1332, 1441(a) and (e), and 1446, Defendant, Amica Mutual Insurance Company ("Amica" or "Defendant"), files this, this *Notice of Removal* to the United States District Court for the Southern District of Texas, Corpus Christi Division, on the basis of diversity of citizenship and amount in controversy, and respectfully shows the following:

## I.
## FACTUAL BACKGROUND

1. On February 8, 2021, an action was commenced by Plaintiff Adolfo Aguilo, Jr. in the County Court at Law Number 3 of Nueces County, Texas styled *ADOLFO AGUILO, JR. V. AMICA MUTUAL INSURANCE COMPANY,* Cause No. 2021CCV-60160-3. *See* **Exhibit 2.**

3. On March 10, 2021, process papers were served on Amica Mutual Insurance Company. *See generally* **Exhibit 3.**

4. Defendant Amica Mutual Insurance Company filed its Original Answer in the County Court at Law Number 3 of Nueces County, Texas, on March 8, 2021. *See* **Exhibit 4.**

5.   The amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* **Exhibit 2.**

6.   Defendant files this notice of removal within 30 days of receiving service of Plaintiff's pleading.  *See* 28 U.S.C. §1446(b).

7.   Attached hereto are copies of the following documents:

- **Exhibit 1:**   Civil Cover Sheet;
- **Exhibit 2:**   Plaintiff's Original Petition;
- **Exhibit 3:**   Citation for Amica Mutual Insurance Company;
- **Exhibit 4:**   Original Answer of Defendant Amica Mutual Insurance Company;
- **Exhibit 5:**   Index of Matters Being Filed;
- **Exhibit 6:**   List of Parties and Counsel;
- **Exhibit 7:**   Defendant Amica Mutual Insurance Company's Corporate Disclosure Statement; and
- **Exhibit 8:**   The State Court's Docket Sheet.

## II.
## BASIS FOR REMOVAL

8. Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

**A.** **Plaintiff and Defendant Are Diverse**

9. Plaintiff Adolfo Aguilo, Jr. is (at the time the lawsuit was filed) and continues to be a citizen of the State of Texas. *See* **Exhibit 2** at ¶ 2.1.

10. Defendant is (at the time the lawsuit was filed) and continues to be a Rhode Island corporation with its primary place of business in Lincoln, Rhode Island. Therefore, Defendant is a citizen of Rhode Island. Defendant is not a citizen of Texas.

11. Complete diversity exists between Plaintiff and Defendant.

**B.** **The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction**

12. Plaintiff's Original Petition states that "[t]he amount in controversy far exceeds the minimal jurisdictional limits of this Court, and the $75,000 minimum jurisdictional limits of federal district court." *See* **Exhibit 2** at ¶ 3.2. This evidence clearly demonstrates that the amount in controversy, in this case, exceeds the jurisdictional requirements.

## III.
## THE REMOVAL IS PROCEDURALLY CORRECT

13. Amica first received notice of this lawsuit on March 10, 2021, when Amica was served with Plaintiff's Original Petition. *See* **Exhibit 3**. Thus, Amica is filing this Notice within the 30-day period required by 28 U.S.C. § 1446(b).

14. Venue is proper in this District and Division under 28 U.S.C. §1446(a) because i) this District and Division include the county in which the state action has been pending, and ii) a

substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division. *See* **Exhibit 2** at ¶ 3.1.

14. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

15. Promptly after Amica files this *Notice of Removal*, written notice of the filing will be given to Plaintiff pursuant to 28 U.S.C. §1446(d).

16. Promptly after Amica files this *Notice of Removal*, a true and correct copy of same will be filed with the Clerk of the Harris County District Court pursuant to 28 U.S.C. §1446(d).

## IV.
## CONCLUSION

17. Based upon the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this *Notice of Removal*, Defendant, Amica Mutual Insurance Company, hereby removes this case to this Court.

9106889v1
11697.237

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
    ANDREW J. MCCLUGGAGE,
    *ATTORNEY IN CHARGE*
    Southern District Bar No. 1035696
    State Bar No. 24065708
    GRACE N. COUSINS
    Southern District Bar No. 3364219
    State Bar No. 24109758
    One Riverway, Suite 1400
    Houston, Texas 77056
    (713) 403-8210; Fax: (713) 403-8299
    Email:   amccluggage@thompsoncoe.com
                 gcousins@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**
**AMICA MUTUAL INSURANCE COMPANY**

9106889v1
11697.237

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 18, 2021, a true and correct copy of the foregoing instrument was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure, and any applicable Local Rules.

_____
ANDREW J. MCCLUGGAGE