UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ADOLFO AGUILO JR., § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00042 |
| § | |
| AMICA MUTUAL INSURANCE § COMPANY, § § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to the parties' Agreed Motion for Dismissal with Prejudice (D.E. 7), construed as a stipulation of dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the Court enters final judgment dismissing this action with prejudice to re-filing and with costs taxed against the parties incurring same.

ORDERED this 27th day of May, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE